1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JAMES SANDFORD,                        Case No. 2:25-cv-00106-DJC-CSK PS

12                    Plaintiff,             ORDER

13           v.                              (ECF No. 3.)

14    SACRAMENTO POLICE DEPT., et al.,

15                    Defendants.

16

17          This matter was referred to a United States Magistrate Judge pursuant to 28

18    U.S.C. § 636(b)(1)(B) and Local Rule 302.  On June 2, 2025, the Magistrate Judge filed

19    findings and recommendations, which were served on the parties and which

20    contained notice that any objections to the findings and recommendations were to be

21    filed within fourteen (14) days. (ECF No. 3.) No objections were filed and the time to

22    do so has passed.

23          In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and

24    finds the findings and recommendations are supported by the record and by proper

25    analysis. The Court therefore concludes that it is appropriate to adopt the findings and

26    recommendations in full.

27    / / /

28    / / /

1

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations (ECF No. 3) are ADOPTED IN FULL;

2.    Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED;

3.    Plaintiff's Complaint (ECF No. 1) is DISMISSED without leave to amend; and

4.    The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:    **October 2, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/sand.0106.25.jo.noobj

2